## Lucas's Estate.

*R. M. Remick* and *John S. Sinclair,* for exceptants.
*J. C. Murtagh* and *Franklin S. Edmonds,* contra.

PER CURIAM, Dec. 19, 1930.—The thorough consideration given by the Auditing Judge, manifested by his comprehensive adjudication, in our judgment, leaves nothing more to be said with reference to the questions raised by the exceptions, which exceptions are all dismissed and the adjudication is hereby confirmed absolutely.

LAMORELLE, P. J., did not sit.